UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JOHN TICHOT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 2:12-cv-13-GZS |
| ) | |
| STATE OF MAINE GOVERNOR'S ) | |
| OFFICE, ) | |
| Defendant ) | |
| ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 23, 2012, her Recommended Decision (Docket No. 5). Plaintiff filed his Objection to the Recommended Decision (Docket No. 9) on March 5, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.      It is hereby **ORDERED** that the Plaintiff's Complaint (Docket No. 1) is **DISMISSED** for the reasons set forth in the Magistrate Judge's Recommended Decision.

                                    /s/George Z. Singal_____
                                    U.S. District Judge

Dated this 14th day of March, 2012.