# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOHN TICHOT, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )  No. 2:12-cv-00013-GZS |
| | ) |
| MAINE STATE POLICE, | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 24) filed November 17, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Relief from Judgment (ECF No. 22) is hereby **DENIED**.

                                                        /s/ George Z. Singal
                                                        United States District Judge

Dated this 17th day of December, 2014.